IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**CHARLETTE STANTON**                                                                                                                      **PLAINTIFF**

**V.**                                             **NO. 3:20-CV-13-DMB-RP**

**TUNICA COUNTY SCHOOL
DISTRICT; and DR. MARGIE
PULLEY, individually**                                                                                            **DEFENDANTS**

**ORDER**

On July 22, 2021, three days after this case settled as to all defendants,[1] Charlette Stanton filed a motion asking that "pursuant to F.R.C.P. 54(b), the Court enter a Final Judgment of Dismissal, With Prejudice, as to … Margie Pulley … with each party bearing their own costs." Doc. #87 at 2. Stanton represents that the defendants do not oppose the motion. *Id*. at 1.

Pursuant to Federal Rule of Civil Procedure 41(a)(2), "an action may be dismissed at the plaintiff's request … by court order, on terms that the court considers proper." Rule 54(b) authorizes a court to enter judgment as to fewer than all claims if it "expressly determines that there is no just reason for delay." Based on the settlement reached, the Court concludes that dismissal of Pulley is proper and there is no just reason to delay such. Accordingly, the motion to dismiss [87] is **GRANTED**. The claims against Pulley are **DISMISSED with prejudice**. A final judgment pursuant to Rule 54(b) will issue separately.

**SO ORDERED**, this 26th day of July, 2021.

                                                                      /s/Debra M. Brown
                                                                      **UNITED STATES DISTRICT JUDGE**

---

[1] *See* Doc. #85.