**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**CHARLETTE STANTON**                                                        **PLAINTIFF**

**V.**                                                         **NO. 3:20-CV-13-DMB-RP**

**TUNICA COUNTY SCHOOL
DISTRICT; and DR. MARGIE
PULLEY, individually**                                                   **DEFENDANTS**

**RULE 54(b) JUDGMENT**

In accordance with the order issued July 26, 2021, having found there is no just reason to delay Margie Pulley's dismissal, the claims against Margie Pulley, individually, are **DISMISSED with prejudice**, with each party to bear its own costs.

**SO ORDERED**, this 26th day of July, 2021.

                                                    /s/Debra M. Brown
                                                    **UNITED STATES DISTRICT JUDGE**